*Admitted To New Jersey & New York Bar

# Robert J. DeGroot
ATTORNEY AT LAW
56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

November 25, 2015

Hon. Kimba Wood, Sr. U.S.D.C.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: United States vs. Igor Fainshtein and Yelena Fainshtein
    Case Number: 1:15-cr-00527

Dear Judge Wood:

    As you are aware, I represent the Defendant, Igor Fainshtein, who was sentenced on November 24, 2015. This request equally applies to his spouse, the Co-Defendant, Yelena Fainshtein. I have checked with the BOP and the location that is reasonably close and offers Kosher Food and Jewish services for observant Jews is Otisville, F.C.I. This institution is male only and the Court will hear from Mrs. Fainshtein's counsel as to the locations she may choose which would provide an opportunity for religious observance and proximity to her children. I thank the Court for its assistance and cooperation.

    Respectfully submitted,

    Robert J. DeGroot, Esq.

Encl.

cc: Daniel Richenthal, A.U.S.A.
    Dmitriy Shakhnevich, A.U.S.A.